UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>      vs.<br>KAREN CANFIELD,<br><br>                Defendant, | Case No.  1:24-cv-00460-BLW<br><br>**ORDER TO AMEND CONSENT JUDGMENT** |

Plaintiff, United States of America, having petitioned for entry of an amended judgment under Rule 60(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the government's Unopposed Motion to Amend Consent Judgment Pursuant to Fed R. Civ. P. 60(a) (Dkt. 6) is GRANTED.

Paragraph 1 of the current Consent Judgment (Dkt. 5) shall be modified as follows:

> Judgment Amount. Judgment is hereby entered against Defendant in favor of the United States in the amount of $40,000 (Judgment Amount). Defendant is further liable for post-judgment interest accruing at the applicable legal rate as set forth in 28 U.S.C. § 1961, such interest accruing from October 18, 2024, until the judgment is paid in full.

Paragraph 4 of the current Consent Judgment (Dkt. 5) shall be modified as follows:

> Monthly Payment Obligation. Defendant shall pay the Judgment Amount plus interest as follows:

ORDER – 1

     a.    Defendant shall make monthly payments to the United States of not less than $500, beginning December 1, 2024, and continuing thereafter on the first day of each month (i.e., January 1, February 1, etc.) until the Judgment Amount plus interest is paid in full.

Paragraph 5 of the Current Consent Judgment (Dkt. 5) shall be modified as follows:

<u>Default.</u> If Defendant fails to comply with the monthly payment obligations set forth in paragraph 4 of this Consent Judgment, the following provisions shall apply.

**IT IS SO ORDERED.**

DATED: **October 30, 2024**

B. Lynn Winmill
U.S. District Court Judge

ORDER – 2